# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES PIERCE, | CASE NO. 1:10-cv-01508-SKO PC |
| Plaintiff, | ORDER STRIKING DECLARATION |
| v. | (Doc. 17) |
| DR. E. FLORES, et al., | |
| Defendants. | |

Plaintiff Aaron James Pierce, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 20, 2010. On January 26, 2011, Plaintiff filed a declaration setting forth facts relating to prison officials' denial of his inmate appeal, which he describes as illegal and unconstitutional, and a request to be awarded the relief he seeks in this action.

Plaintiff is not permitted to submit evidence in the absence of a proceeding in which an evidentiary submission is appropriate, such as in support of a pleading or a motion. In this instance, Plaintiff is submitting evidence relating to his inmate appeals. Plaintiff also restates his requests for relief in this action. There is no issue before the Court where evidence is appropriate (e.g., a motion to dismiss for failure to exhaust or a motion for summary judgment) and Plaintiff may not supplement his complaint by submitting additional, separate allegations or claims for relief.

///

///

1

Therefore, Plaintiff's declaration is ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:    April 14, 2011**              /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE