# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES PIERCE, | CASE NO. 1:10-cv-01508-SKO PC |
| Plaintiff, | ORDER STRIKING COURTESY COPY OF DOCUMENTS SENT TO DEPARTMENT OF JUSTICE |
| v. | |
| DR. E. FLORES, et al., | (Doc. 24) |
| Defendants. | |
| _____/ | |

Plaintiff Aaron James Pierce, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 20, 2010.  On April 18, 2011, Plaintiff served the Court with a courtesy copy of the declaration, complaint, and exhibits he sent to the United States Department of Justice.  The filing is not a request for relief from the Court in this action as Plaintiff has directed it to the Department of Justice for consideration.  The filing is therefore ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   April 20, 2011                                 /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE