1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  AARON JAMES PIERCE,                     CASE NO. 1:10-cv-01508-SKO PC

10                        Plaintiff,       ORDER ADDRESSING DECLARATION

11       v.                                (Doc. 28)

12  DR. E. FLORES, et al.,

13                        Defendants.

14  _____/

15
16
17       Plaintiff Aaron James Pierce, a former state prisoner proceeding pro se and in forma pauperis,
18  filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 20, 2010.  On May 25, 2011,
    Plaintiff filed a notice of change of address in which he also included a declaration setting forth
19  problems he is encountering regarding requests for assistance from his parole officer and in obtaining
20  permanent housing.
21       This action is confined to Plaintiff's Eighth Amendment claims of inadequate medical care
22  while he was incarcerated at North Kern State Prison in Delano, California, and the Court lacks
    jurisdiction to address Plaintiff's current situation.  Summers v. Earth Island Institute, 555 U.S. 488,
23  ___, 129 S.Ct. 1142, 1149 (2009); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010).
24  Plaintiff is residing in Oxnard, California, and while the Court expresses no opinion whether
25  Plaintiff has any viable claims for relief based on his current situation, those claims would have to
26  be brought in the Central District of California in any event.
27  ///
28

1

1          Accordingly, the Court has reviewed Plaintiff's declaration, but Plaintiff has no standing in

2    this action to seek relief remedying his current situation and his declaration is therefore deemed

3    addressed by the issuance of this order.

4

5    IT IS SO ORDERED.

6    **Dated:**   **June 2, 2011**                  **/s/ Sheila K. Oberto**         

7                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28