# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES PIERCE,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. E. FLORES, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:10-cv-01508-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A COMPLAINT FORM AND RE-SERVE DOCUMENTS 21, 22, 23, 25 AND 29<br><br>(Doc. 30) |

Plaintiff Aaron James Pierce, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 20, 2010. On June 16, 2011, Plaintiff filed a notice of change of address which included another update regarding his ongoing medical problems and his issues with the parole office in Ventura County.

The Court addressed Plaintiff's previous update concerning issues with his parole office in an order filed on June 2, 2011. The explanation in that order applies with equal force to the issues raised in Plaintiff's June 16, 2011, notice of change of address. The Court lacks jurisdiction in this action to issue any orders concerning Plaintiff's current situation, be the issues medical, parole, or housing. Summers v. Earth Island Institute, 555 U.S. 488, ___, 129 S.Ct. 1142, 1149 (2009); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010).

///
///
///
///

1

1  Due to Plaintiff's frequent changes of address, it is unclear whether he is in receipt of the
2  Court's most recent orders.  Accordingly, the Clerk's Office is HEREBY DIRECTED to send
3  Plaintiff a complaint form and to re-serve court orders 21, 22, 23, 25 and 29 on Plaintiff at his new
4  address of record.  Plaintiff is required to file an amended complaint in compliance with the order
5  filed April 15, 2011, and the failure to do so will result in dismissal of this action.[1]

7  IT IS SO ORDERED.
8  Dated:   June 20, 2011                              /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Court document 21.