# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. E. FLORES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv-01508-SKO PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 1, 21, and 31)<br><br>ORDER COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

Plaintiff Aaron James Pierce, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 20, 2010.[1] On April 15, 2011, the Court dismissed Plaintiff's complaint for failure to state any claims, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). On June 20, 2011, the Court directed the Clerk's Office to re-serve the screening order on Plaintiff at his new address of record and ordered Plaintiff to file an amended complaint within thirty days. To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which

///

---

[1] Plaintiff was a prisoner when he filed suit and he is therefore subject to both 28 U.S.C. § 1915A and 28 U.S.C. § 1915(g), cited to herein.

1

relief may be granted under section 1983.  This dismissal SHALL count as a strike under 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

**Dated:     September 18, 2011**                              /s/ Sheila K. Oberto
                                                                                UNITED STATES MAGISTRATE JUDGE