# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES PIERCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. E. FLORES, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:10-cv-01508-SKO PC<br><br>ORDER STRIKING DECLARATION AND PLACING PLAINTIFF ON NOTICE THAT ANY FUTURE FILINGS UNRELATED TO THIS CASE WILL BE SUMMARILY STRICKEN FROM THE RECORD<br><br>(Doc. 48) |

　　　On January 9, 2012, Plaintiff Aaron James Pierce, a prisoner who was proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983, filed a declaration in response to an order issued in case number 2:11-cv-03392-CKD *Pierce v. Hawks, et al*.

　　　This case was dismissed and judgment was entered on September 19, 2011. Plaintiff's appeal of the dismissal, filed on November 7, 2011, is currently pending resolution before the appellate court.

　　　Orders issued in Plaintiff's other cases, and Plaintiff's responses to those orders, are irrelevant to the proceedings in this case. It is improper for Plaintiff to file in *this* case copies of documents relevant to his other cases, and his declaration is therefore ORDERED STRICKEN from the record.

///
///
///
///

1

1 | Plaintiff is HEREBY PLACED ON NOTICE that any future documents filed in this case
2 | which are unrelated to these proceedings will be summarily stricken from the record.

4 | IT IS SO ORDERED.

5 | Dated:   **January 11, 2012**             /s/ Sheila K. Oberto
   |                                       UNITED STATES MAGISTRATE JUDGE