1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 EASTERN DISTRICT OF CALIFORNIA

8

9 AARON JAMES PIERCE,                          CASE NO. 1:10-cv-01508-SKO PC

Plaintiff,                   APPEAL NO. 11-17800

10

v.                                    ORDER FINDING ON REMAND THAT
11                                               NOTICE OF APPEAL LACKS SUFFICIENT
DR. E. FLORES, et al.,                       GROUNDS TO CONSTRUE AS MOTION
12                                               FOR EXTENSION OF TIME TO APPEAL OR
Defendants.                  TO REOPEN PERIOD WITHIN WHICH TO
13                                               APPEAL, AND DIRECTING CLERK'S
OFFICE TO SERVE ORDER ON APPELLATE
14                                               COURT

15                                               (Docs. 40 and 49)

16 _____/

17         Plaintiff Aaron James Pierce, a prisoner proceeding pro se and in forma pauperis, filed this

18 civil rights action pursuant to 42 U.S.C. § 1983 on August 20, 2010.  The action was dismissed on

19 September 19, 2011, for failure to state any claims upon which relief may be granted, and Plaintiff

20 filed a notice of appeal on November 7, 2011.  On January 11, 2012, the Court of Appeals for the

21 Ninth Circuit remanded the appeal to the district court for the limited purpose of considering whether

22 Plaintiff's notice of appeal contains language which should be construed as a motion under Federal

23 Rule of Appellate Procedure 4(a)(5) or (6) and if so, whether it should be granted.

24         The Court has reviewed Plaintiff's notice of appeal and finds that it lacks sufficient grounds

25 upon which to construe it as a motion seeking an extension of time to appeal.  Fed. R. App. P.

26 4(a)(5).  Plaintiff does not address the untimeliness of his appeal or seek any relief related to having

27 filed an untimely appeal.  Further, even if so construed, the notice does not set forth excusable

28 neglect or good cause.  Fed. R. App. P. 4(a)(5)(A)(ii).

1

1    The notice of appeal also lacks sufficient grounds upon which to construe it as a motion

2  seeking to reopen the time to appeal.  Fed. R. App. P. 4(a)(6).  Even if so construed, there is no basis

3  presented for finding that Plaintiff did not receive notice of entry of judgment, and the filing of the

4  appeal on November 7, 2011, instead evidences Plaintiff's receipt of the dismissal and judgment

5  orders.  Fed. R. App. P. 4(a)(6)(A).

6    Accordingly, the Court HEREBY FINDS on remand that Plaintiff's notice of appeal lacks

7  sufficient grounds to construe it as a motion under Federal Rule of Appellate Procedure 4(a)(5) or

8  (6), and even if so construed, the notice lacks grounds for granting relief under either section of the

9  rule.  The Clerk's Office SHALL serve a copy of this order on the appellate court.

10

11  IT IS SO ORDERED.

12  **Dated:    January 25, 2012**                    **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28